PROB 12C
(7/93)

Report Date: July 22, 2011

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

### for the

JUL 25 2011

### Eastern District of Washington

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Hilario Moreno Garcia          Case Number: 2:11CR00041-001

Address of Offender:                    Moses Lake, WA  98837

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence:  11/12/2002

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1), 841(b)(1)(A), and 846 |
| Original Sentence: | Prison - 60 Months; TSR - 60 Months |
| Asst. U.S. Attorney: | K. Jill Bolton |
| Defense Attorney: | John R. Crowley |

Type of Supervision:  Supervised Release

Date Supervision Commenced:  5/31/2011

Date Supervision Expires:  3/22/2012

## PETITIONING THE COURT

### To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: On July 19, 2011, Hilario Garcia-Moreno, Jr. was indicted in the U.S. District Court, Eastern District of Washington, for Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine and 5 Kilograms or More of a Mixture or Substance Containing a Detectable Amount of Cocaine, 21 U.S.C § 841. Mr. Garcia was arrested by Federal authorities on July 21, 2011. The defendant was observed by investigators participating as a manager in a large drug trafficking organization.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

**Prob12C**
**Re: Garcia, Hilario Moreno**
**July 22, 2011**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/22/2011

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

7/25/2011
Date